**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| PERFORMANCE PROCESSING, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>FIRST RESPONDERS CREDIT UNION f/k/a<br>BOSTON FIREFIGHTERS CREDIT UNION,<br><br>       Defendant. | CIVIL ACTION<br><br>NO:  26-5072 |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 & 1446, Defendant, First Responders Credit Union f/k/a Boston Firefighters Credit Union ("Defendant"), by and through its undersigned counsel, Kurtz and Partners P.C., hereby removes this action from the Court of Common Pleas for Lancaster County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.  In support of this Notice of Removal, Defendant avers as follows:

**I.       THE PARTIES**

1.       Defendant is a credit union established under the laws of the Commonwealth of Masschusetts and, as such, is a Massachusetts corporation. *See* Mass. Gen. Laws Ann. ch. 171, § 1 ("'Credit union', a corporation organized under this chapter or corresponding provisions of earlier laws.").

2.       Defendant's principal place of business is located at 60 Hallet Street, Dorchester, MA 02124.

1

3.      Upon information and belief, Plaintiff, Performance Processing, Inc. ("Plaintiff"), is a Pennsylvania corporation with its principal place of business located at 3 Does Run Lane, Lancaster, PA 17603.

## II.      PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

4.      Plaintiff initiated the action that is being removed to this Court (the "State Court Litigation") on June 29, 2026 by filing a Complaint with the Court of Common Pleas for Lancaster County, Pennsylvania. A true and correct copy of the Complaint is attached hereto as *Exhibit 1*.

5.      In the Complaint, Plaintiff has alleged that it (i) purportedly performed certain services for Defendant; and (ii) is purportedly owed fees for such alleged services. *See generally Exhibit 1*.

6.      Based on such allegations, Plaintiff has asserted claims against Defendant for breach of contract, promissory estoppel, unjust enrichment, and declaratory relief. *See Exhibit 1* at COUNT I – COUNT IV.

7.      The Complaint was served on Defendant on July 1, 2026. A true and correct copy of the Affidavit of Service filed in the State Court Litigation is attached hereto as *Exhibit 2*.

## III.      GROUNDS FOR REMOVAL

8.      Plaintiff is a Pennsylvania corporation with its principal place of business located in Pennsylvania.  As such, Plaintiff is a citizen of Pennsylvania.

9.      Defendant is a Massachusetts corporation with its principal place of business located in Massachusetts.  As such, Defendant is a citizen of Massachusetts.

10.      While the Complaint does not set forth the amount in controversy, in Plaintiff's prior communications with Defendant, Plaintiff has alleged that the amount of fees it is seeking is purportedly in excess of $300,000.

11.     Therefore, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because (i) this action is between citizens of different states; and (ii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

12.     As such, this case is removable pursuant to 28 U.S.C. § 1441(a) & (b).

## IV.     THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

13.     As the defendant in the State Court Litigation, Defendant has the right to remove the State Court Litigation to this Court under 28 U.S.C. §§ 1441 & 1446.

14.     This Court is the appropriate court for removal of the State Court Litigation because it embraces the district and division where the State Court Litigation is pending.

15.     Defendant is filing this Notice of Removal within thirty (30) days of the date on which Defendant was served with the Complaint.

16.     As such, the removal is timely pursuant to 28 U.S.C.A. § 1446(b)(1).

17.     After filing this Notice of Removal, Defendant will promptly serve a written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Prothonotary for the Court of Common Pleas for Lancaster County, Pennsylvania in accordance with 28 U.S.C. § 1446(d).

18.     True and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Litigation are attached hereto as *Exhibits 1–2*.

## V.     NON-WAIVER OF DEFENSES

19.     By removing this action from the Court of Common Pleas for Lancaster County, Pennsylvania, Defendant does not waive any defenses available to it.

20.     By removing this action from the Court of Common Pleas for Lancaster County, Pennsylvania, Defendant does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, Defendant, First Responders Credit Union f/k/a Boston Firefighters Credit Union removes the above-captioned action from the Court of Common Pleas for Lancaster County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**KURTZ AND PARTNERS P.C.**

Date: July 21, 2026

_/s/ Gleb Epelbaum_

Gleb Epelbaum, Esquire
Attorney I.D. No. 320904
Swedesford Park, Building Three
1265 Drummers Lane, Suite 120
Wayne, PA  19087
(610) 688-2855
_Attorneys for Defendant, First Responders_
_Credit Union f/k/a Boston Firefighters_
_Credit Union_

4